**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01236-RBJ

ERIC DEVILLAZ

     Plaintiff,

 v.

PEPPER TREE OF COLORADO SPRINGS, LLC, a Colorado limited liability company
and
NEIL LEVY.

     Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

     THIS MATTER having come before the Court upon the parties' Stipulation for Dismissal with Prejudice [DOC 15], and

     THE COURT having reviewed that Stipulation, and being fully advised in the premises,

     ORDERS that this action shall be, and hereby is, dismissed with prejudice, each party to bear its own attorney's fees and costs.

     DONE this 12th day of December, 2014.

BY THE COURT:

_____
R. Brooke Jackson,
United States District Court Judge